FILED

2003 NOV 24  P 2: 45

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONNECTICUT PAYTELEPHONE,          :
INCORPORATED d/b/a CT              :
PAYTELEPHONE and NEW ENGLAND :
TELECOMMUNICATIONS, INC. d/b/a  :
NEWTEL; and TEL COMM TECH-         :
NOLOGIES, INC.                     :

          VS.                      :     C.A. NO. 301CV1420 (RNC)
                                   :
CITY OF STAMFORD, CONNECTICUT,:
DEAN ESSERMAN,as Chief of          :
Police for the City of Stamford,   :
Connecticut;  and TIMOTHY CURTIN,  :
as Director of Operations for the  :
City of Stamford, Connecticut      :     NOVEMBER 17, 2003

### STIPULATION FOR DISMISSAL OF ACTION,  WITHOUT PREJUDICE, BY ALL PARTIES TO ACTION

The parties hereby stipulate to a withdrawal of action pursuant to Section 41(a) of

the Federal Rules of Civil Procedure, without prejudice and without costs to either party.

PLAINTIFF

By_____

          Daniel A. Silver, Esq.
          Law Office of Daniel A. Silver
          One Liberty Square
          New Britain, CT 06051
          phone (860) 225-3518
          fax (860) 348-0612
          Fed. Bar No. ct 08183
          Its Attorney

DEFENDANTS

By _____
James V. Minor, Esq.
Assistant Corporation Counsel
888 Washington Boulevard
P.O. Box 10152
Stamford, CT 06904-2152
phone (203) 977-4087
Fed. Bar No. ct 06713
Their Attorney

2