FILED

2003 NOV 24 P 2: 45

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONNECTICUT PAYTELEPHONE,
INCORPORATED d/b/a CT
PAYTELEPHONE and NEW ENGLAND
TELECOMMUNICATIONS, INC. d/b/a
NEWTEL; and TEL COMM TECH-
NOLOGIES, INC.

VS.

C.A. NO. 301CV1420 (RNC)

CITY OF STAMFORD, CONNECTICUT,
DEAN ESSERMAN, as Chief of
Police for the City of Stamford,
Connecticut; and TIMOTHY CURTIN,
as Director of Operations for the
City of Stamford, Connecticut

NOVEMBER 17, 2003

**STIPULATION FOR DISMISSAL OF ACTION, WITHOUT PREJUDICE, BY ALL PARTIES TO ACTION**

The parties hereby stipulate to a withdrawal of action pursuant to Section 41(a) of the Federal Rules of Civil Procedure, without prejudice and without costs to either party.

PLAINTIFF

By _____
Daniel A. Silver, Esq.
Law Office of Daniel A. Silver
One Liberty Square
New Britain, CT 06051
phone (860) 225-3518
fax (860) 348-0612
Fed. Bar No. ct 08183
Its Attorney

Approved. So ordered.
Robert N. Chatigny, U.S.D.J.
December 8, 2003.

LAW OFFICE OF DANIEL A. SILVER
ONE LIBERTY SQUARE • P.O. BOX 698 • NEW BRITAIN, CT 06050-0698 • (860) 225-3518 • FAX (860) 348-0612 • JURIS NO. 417231